STATE OF NEW JERSEY v. DAVID CHARLES THOMPSON.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTOINE GRAHAM.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN MILBOURNE.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS MITCHELL BROWN.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY MARANDOLA.

June 13, 1989.

Petition for certification denied.